(June 4, 1952.)

GILMORE A. BELCHER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.—
In an action under the Federal Employers' Liability Act to recover damages
for personal injuries suffered by plaintiff, defendant appeals from an order
granting plaintiff's application for a preference. Order affirmed, without
costs. No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and
Schmidt, JJ., concur.